LODGED

1  Thomas P. Riley, SBN# 194706
   LAW OFFICES OF THOMAS P. RILEY
2  160 Sansome Street, Suite 500
   San Francisco, CA 94104-3710
3
   Tel: 415-392-9292
4  Fax: 415-392-9295
5  Attorney for Plaintiff
   Joe Hand Promotions, Inc.
6
7
8
9
10
11

_____ Priority
__✓__ Send
__✓__ Clsd
__✓__ Enter
_____ JS-5/JS-6
_____ JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT
OCT - 4 2000
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
OCT - 6 2000
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**United States District Court**
**Central District of California**

Joe Hand Promotions, Inc.,

                        Plaintiff,

        vs.

Jesus J. Hernandez, et al.

                        Defendants.

Case No. 99-04959 RMT (Ex)

**STIPULATION OF DISMISSAL**

16

17      IT IS HEREBY STIPULATED by and between Plaintiff JOE HAND PROMOTIONS,

18  INC., and Defendants Jesus J. Hernandez, individually and as the alter ego of Kapor H.

19  Corporation and Kapor H. Corporation, an unknown business entity d/b/a Doohinkey's, that

20  the above-captioned action hereby is dismissed **with prejudice**.

21

22      This dismissal is made pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each

23  Party shall bear its own costs.

24

25  Dated:  9/15/2000

26                                      THOMAS P. RILEY, ESQUIRE
27                                      Attorney For Plaintiff
                                        JOE HAND PROMOTIONS, INC.
28

✓ Docketed
✓ Copies / NTC Sent
____ JS - 5 / JS - 6
____ JS - 2 / JS - 3
✓ (CLSD)

Page 1



1

2  Dated:

3                                                    Please See Attached.
                                                     _____
4                                                    OSCAR  C. PARRA, ESQUIRE
                                                     Attorney for Defendants
5                                                    Jesus J. Hernandez, individually and as the
                                                     alter ego of Kapor H. Corporation and Kapor
6                                                    H. Corporation, a unknown business entity
                                                     d/b/a Doohinkey's
7

8

9  IT IS SO ORDERED:

10

11 _____          Dated:  _____
   Honorable Robert M. Takasugi
12 United States District Court

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///
   ///

1

2  Dated: *July 12, 2000*

3

4

5

6

7

8

9  IT IS SO ORDERED:

10

11

Honorable Robert M. Takasugi
12  United States District Court

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///
///

OSCAR C. PARRA, ESQUIRE
Attorney for Defendants
Jesus J. Hernandez, individually and as the
alter ego of Kapor H. Corporation and Kapor
H. Corporation a unknown business entity
d/b/a Doohinkey's

Dated: _____ OCT -5 2000 _____

## PROOF OF SERVICE (SERVICE BY FACSIMILE)

I declare that:

I am employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to the within cause; my business address is 160 Sansome Street, Suite 500, San Francisco, California 94104-3710. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On July 12, 2000, I served:

**STIPULATION OF DISMISSAL**

On all parties in said cause by transmitting a true copy thereof by Facsimile and by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Oscar C. Parra, Esquire          Attorney for Defendants
11300 W. Olympic Boulevard, Suite 770     Jesus J. Hernandez and
Los Angeles, CA 90064              Kapor H. Corporation

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct. and that this declaration was executed on July 12, 2000, at San Francisco, California.

Dated:   July 12, 2000

THOMAS P. RILEY
Attorney for Plaintiff
Entertainment By J & J, Inc..